1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALBERTO VILLESCAS,

11            Plaintiff,                    No. CIV S-07-1339 LEW DAD P

12        vs.

13    CALIFORNIA DEPARTMENT
      OF CORRECTIONS,
14            Defendants.                   ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges Pleasant Valley State Prison (PVSP) staff

18    members have denied him proper medical care in violation of his civil rights.  The alleged

19    constitutional violations took place in Fresno County, which is part of the Fresno Division of the

20    United States District Court for the Eastern District of California.  See Local Rule 3-120(d).

21            Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.

25    /////

26    /////

                                    1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1. This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6                    United States District Court
                     Eastern District of California
7                    2500 Tulare Street
                     Fresno, CA 93721

8

9   DATED: August 13, 2007.

10

11                                    _____

12                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

13  DAD:9
    vill1339.22
14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2